# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RIGGIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA BUSINESS BUREAU, INC., a California corporation and DOES 1 through 10.<br><br>Defendants. | **CASE NO.:  15-cv-1289-BTM-JMA**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT** |

The Court **GRANTS** the parties' joint motion to dismiss the Complaint. This action is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  September 15, 2015

_Barry Ted Moskowitz_
Barry Ted Moskowitz, Chief Judge
United States District Court